UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60722-CIV-ROSENBAUM (CONSENT)

JET PAY, LLC,
a Texas limited liability company,

        Plaintiff,

v.

HEATHER CANDICE FINGERER, an individual,

        Defendant.
_____/

## ORDER

This matter is before the court upon the Parties' Agreed Motion to Have the Court Approve Confidential Stipulation for Settlement [D.E. 89]. Because the Parties ask the Court to retain jurisdiction to enforce the terms of the Confidential Stipulation for Settlement, the Court wishes to review the document prior to determining whether to enter the proposed Agreed Order Approving Confidential Stipulation for Settlement [D.E. 89-1]. Therefore, it is hereby **ORDERED and ADJUDGED** that the Parties shall file the Confidential Stipulation for Settlement under seal with the Court by **Thursday, May 17, 2012**.

**DONE AND ORDERED** this 10th day of May 2012.

                                                ROBIN S. ROSENBAUM
                                                UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record